ACCEPTED
05-17-01451-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/7/2018 5:52 PM
LISA MATZ
CLERK

## NO. 05-17-01451-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/7/2018 5:52:28 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **CRAIG JORDAN** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **FOR FIFTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **DALLAS, TEXAS** |

## MOTION TO EXTEND TIME FOR FILING THE APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW** the Appellant in the above-styled and numbered causes and respectfully moves the Court to extend time for filing the Appellant's Brief in this cause and in support thereof would show to the Court the following:

1.      This case is pending from the County Court No. 2 of Kaufman County, Texas. The style and number of the case in the trial court is: ***The State of Texas v. Craig Jordan*,** Cause No. 17-30308-CC2-F.  The Appellant was convicted of the felony offense of Theft $1500 on November 15, 2017 and was sentenced to ten years confinement.

2.      Judgment and sentence was entered on November 15, 2017.

3.      The deadline for filing the Appellant's Brief in this case was May 16, 2018.

4.      An extension of time for a period of twenty three (23) days is requested that would make the due date June 7, 2018.

5.      Two previous extension of time to file the Appellant's Brief has been requested.

6.      The reason for a request of extension of time,

Counsel was scheduled for and preparing for the following trials as well as completed the following appeals:

**MOTION TO EXTEND TIME FOR FILING THE APPELLANT'S BRIEF - Page 1**

a. Jury trial: *The State of Texas v. Issaac Jiminez,* Cause No. F17-75313, In the Criminal District Court #6, Dallas County, Texas.

b. Appeal: *Steven Simmons v. The State of Texas*, Appeal No. 05-17-00786-CR. Counsel for Appellant was recently appointed to represent Amber Cook, in USA v. Amber Cook, Cause No. 3:18CR6-D. Counsel was required to review discovery and travel to the jail in Mansfield, Texas to discuss the case and potential plea with Ms. Cook.

**WHEREFORE, PREMISES CONSIDERED**, the Appellant respectfully requests that this Honorable Court extend the time for filing the Appellant's Brief in this cause to June 7, 2018.

**Respectfully submitted,**

**___/s/ Danny Oliphant_____**
J. DANIEL OLIPHANT
SBN 00797173
3626 N. Hall Street, Suite 622
Dallas, Texas 75219
(469) 879-8531 (Tel)
(972) 552-9374 (Fax)
jdoliphantjr@gmail.com

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon Erleigh Wiley Criminal District Attorney of Kaufman County on June 7, 2018, by emailing to kdecker@kaufmancounty.net.

**\_\_/s/ Danny Oliphant_____**
**J. Daniel Oliphant**